(No. 6651 

STEWART OLSON IMPLEMENT COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed July 14, 1972.*

STEWART OLSON IMPLEMENT COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

19

PERLIN, C.J.